IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Cheryl Lynn Norsworthy, Debtor          Case No. 21-50894-KMS
                                                 **CHAPTER 13**

## **NOTICE**

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.
**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: February 11, 2026        Signature:    /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O. Box 13767
                                              Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Cheryl Lynn Norsworthy, Debtor                          Case No. 21-50894-KMS
                                                                 CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on  by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors' priority and secured claims have been paid in full pursuant to the terms of the confirmed plan.

3. Debtor is below median income and the commitment period is 3 years.

4. Debtor proposes to modify the confirmed plan to shorten the term of the confirmed plan from 60 months to 54 months..

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                        Respectfully submitted

                        /s/ Thomas C. Rollins, Jr.
                        Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on February 11, 2026, to:

By Electronic CM/ECF Notice:

    David Rawlings

    U.S. Trustee

                                      /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHERYL LYNN NORSWORTHY

CASE NO: 21-50894

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 2/11/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/11/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 21-50894 |
| CHERYL LYNN NORSWORTHY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 2/11/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/11/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING          BANKPLUS                                  (P)JEFFERSON CAPITAL SYSTEMS LLC
NCRS ADDRESS DOWNLOAD                     CO SIMPSON LAW FIRM PA                    PO BOX 7999
CASE   21-50894                           P O BOX 2058                              SAINT CLOUD MN 56302-7999
SOUTHERN DISTRICT OF MISSISSIPPI          MADISON  MS 39130-2058
WED FEB 11 12-3-31 PST 2026




EXCLUDE

US BANKRUPTCY COURT                       500 FAST CASH                             ADVANCE AMERICA
DAN M RUSSELL  JR US COURTHOUSE           515 GSE                                   4237B LAKELAND DR
2012 15TH STREET  SUITE 244               MIAMI  OK 74354                           FLOWOOD  MS 39232-9212
GULFPORT  MS 39501-2036




                                                                                    EXCLUDE

ADVANCE FINANCIAL 247                     ADVANCE FINANCIAL ADMINISTRATION  LLC     (D)BANKPLUS
100 OCEANSIDE DRIVE                       CO WEINSTEIN  RILEY  PS                   CO SIMPSON LAW FIRM PA
NASHVILLE  TN 37204-2351                  2001 WESTERN AVE  STE 400                 P O BOX 2058
                                          SEATTLE  WA 98121-3132                    MADISON MS 39130-2058




BETTER DAY LOANS                          BRICKHOUSE OPCO I LLC                     CB1 COLLECTIONS
PO BOX 6882                               4053 MAPLE ROAD                           1715 S RESERVE ST
SANTA ROSA  CA 95406-0882                 SUITE 122                                 STE C
                                          AMHERST  NY 14226-1058                    MISSOULA  MT 59801-4708




(P)VELOCITY PORTFOLIO GROUP  INC          CSPIRE WIRELESS                           CASHNETUSA
1800 RT 34 NORTH                          PO BOX 159                                175 W JACKSON BLVD
BLDG 3 SUITE 305                          MEADVILLE  MS 39653-0159                  SUITE 1000
WALL NJ 07719-9146                                                                  CHICAGO  IL 60604-2863




CENTRAL FINANCE                           CENTRAL FINANCIAL SERVICES  INC           CITY PAYDAY LOAN
6333 US 49                                PO BOX 539                                716 SPRING ST
SUITE 160                                 WAYNESBORO  MS 39367-0539                 WAYNESBORO  MS 39367-2709
HATTIESBURG  MS 39401




EXCLUDE

(D)(P)VELOCITY PORTFOLIO GROUP  INC       CONTINENTAL FINANCE                       DEPARTMENT OF TREASURY
1800 RT 34 NORTH                          1ST BANK DELEWARE                         INTERNAL REVENUE SERVICE
BLDG 3 SUITE 305                          PO BOX 11743                              P O BOX 7346
WALL NJ 07719-9146                        WILMINGTON  DE 19850-1743                 PHILADELPHIA  PA 19101-7346




EAGLE VALLEY                              FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC FIRST LOAN
30 TONTO APACHE TRIBE                     DBA 1ST HERITAGE CREDIT                   126 VETERANS MEMORIAL
PAYSON  AZ 85541-5556                     FIRST HERITAGE CREDIT                     KOSCIUSKO  MS 39090-3849
                                          903 ROBINSON ST
                                          WAYNESBORO  MS 39367-2455




(P)FIRST NATIONAL BANK                    FIRST PREMIER BANK                        FORTIVA
ATTN BANKRUPTCY                           3820 N LOUISE AVE                         PO BOX 105555
1500 S HIGHLINE AVE                       SIOUX FALLS  SD 57107-0145                ATLANTA  GA 30348-5555
SIOUX FALLS SD 57110-1003
```

```
GREENLINE                          INDIGO                              INTERNAL REVENUE SERVI
PO BOX 507                         PO BOX 205458                       CO US ATTORNEY
HAYS  MT 59527-0507                DALLAS  TX 75320-5458               501 EAST COURT ST
                                                                       STE 4430
                                                                       JACKSON  MS 39201-5025


EXCLUDE                                                                EXCLUDE

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC    JOHN S SIMPSON                  (D)(P)FIRST NATIONAL BANK
PO BOX 7999                            SIMPSON LAW FIRM  PA             ATTN BANKRUPTCY
SAINT CLOUD MN 56302-7999              FOR BANKPLUS                     1500 S HIGHLINE AVE
                                       PO BOX 2058                      SIOUX FALLS SD 57110-1003
                                       MADISON  MS 39130-2058




MERRICK BANK                       MARINER FINANCE  LLC                (P)MAXLEND
RESURGENT CAPITAL SERVICES         8211 TOWN CENTER DR                 ATTN DAMON K WILLIAMS
PO BOX 10368                       NOTTINGHAM  MD 21236-5904           PO BOX 428
GREENVILLE  SC 29603-0368                                              PARSHALL ND 58770-0428




                                                                       EXCLUDE

MERRICK BANKCARDWORKS              MIDNIGHT VELVET                     (D)MIDNIGHT VELVET
PO BOX 9201                        1112 7TH AVE                        1112 7TH AVENUE
OLD BETHPAGE  NY 11804-9001        MONROE  WI 53566-1364               MONROE  WI 53566-1364




(P)PORTFOLIO RECOVERY ASSOCIATES LLC   PREMIER BANKCARD  LLC           QUANTUM3 GROUP LLC AS AGENT FOR
PO BOX 41067                           JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE   CKS PRIME INVESTMENTS LLC
NORFOLK VA 23541-1067                  PO BOX 7999                    PO BOX 788
                                       SAINT CLOUD MN 56302-7999      KIRKLAND  WA  98083-0788




REFLEX                             REGIONAL ACCEPTANCE CO              REGIONAL ACCEPTANCE CORPORATION
PO BOX 31292                       1424 E FIRE TOWER ROAD              BANKRUPTCY SECTION100500151
TAMPA  FL 33631-3292               GREENVILLE  NC 27858-4105           PO BOX 1847
                                                                       WILSON  NC 27894-1847




(P)SIMPLE FAST LOANS  INC          SIMPSON LAW FIRM                    SPEEDY CASH
ATTN ATTN LEGAL DEPARTMENT         PO BOX 2058                         3611 N RIDGE RD
8601 DUNWOODY PLACE SUITE 406      MADISON  MS 39130-2058              WICHITA  KS 67205-1214
ATLANTA GA 30350-2550




SPEEDYRAPID CASH                   SUMMIT FINANCIAL                    US ATTORNEY GENERAL
PO BOX 780408                      1592 HWY 15 N STE B                 US DEPT OF JUSTICE
WICHITA  KS 67278-0408             LAUREL  MS 39440-2122               950 PENNSYLVANIA AVENW
                                                                       WASHINGTON  DC 20530-0001



EXCLUDE

UNITED STATES TRUSTEE              (P)WEST SIDE LENDING  LLC           WORLD ACCEPTANCE CORP
501 EAST COURT STREET              PO BOX 687                          PO BOX 6429
SUITE 6-430                        KESHENA WI 54135-0687               GREENVILLE  SC 29606-6429
JACKSON  MS 39201-5022
```

```
                                        DEBTOR                                          EXCLUDE

WORLD FINANCE                           CHERYL LYNN NORSWORTHY                          (P)DAVID RAWLINGS
WORLD ACCEPTANCE CORPORATION            714 MITCHELL ST                                 ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
ATTN BANKRUPTCY                         WAYNESBORO   MS 39367-3022                      PO BOX 566
PO BOX 6429                                                                             HATTIESBURG MS 39403-0566
GREENVILLE   SC 29606-6429


                                        EXCLUDE

JENNIFER A CURRY CALVILLO               THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM                    THE ROLLINS LAW FIRM   PLLC
702 W PINE ST                           PO BOX 13767
HATTIESBURG   MS 39401-3836             JACKSON   MS 39236-3767
```