Certificate Number: 17082-MSS-DE-040774003

Bankruptcy Case Number: 21-50894



17082-MSS-DE-040774003

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 24, 2026</u>, at <u>1:28</u> o'clock <u>PM MST</u>, <u>CHERYL NORSWORTHY</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:  <u>March 24, 2026</u>          By:     <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>