## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **Cheryl Lynn Norsworthy, Debtor**  **Case No. 21-50894-KMS**
**Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  /s/ Cheryl Lynn Norsworthy_____        04-14-2026___
         Cheryl Lynn Norsworthy                            Date


         /s/ Thomas C. Rollins, Jr._____       04-14-2026__
         Thomas C. Rollins, Jr., MS Bar No. 103469         Date
         Attorney for the Debtor
         The Rollins Law Firm, PLLC
         P.O. Box 13767
         Jackson, MS 39236
         601.500.5533

3. Mailing address for filing responses:

Jackson Office:                          Gulfport Divisional Office:
Danny L. Miller, Clerk                   Danny L. Miller, Clerk
United States Bankruptcy Court           United States Bankruptcy Court
Thad Cochran US Courthouse               Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                2012 15th St, Suite 244
Jackson, MS 39201                        Gulfport, MS 39501


**CERTIFICATE OF SERVICE**

On April 14, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                              /s/ Thomas C. Rollins, Jr._____
                              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHERYL LYNN NORSWORTHY

CASE NO: 21-50894

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/14/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/14/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHERYL LYNN NORSWORTHY

CASE NO: 21-50894

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/14/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/14/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-50894
SOUTHERN DISTRICT OF MISSISSIPPI
TUE APR 14 12-2-46 PST 2026

BANKPLUS
CO SIMPSON LAW FIRM PA
P O BOX 2058
MADISON  MS 39130-2058

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

500 FAST CASH
515 GSE
MIAMI  OK 74354

ADVANCE AMERICA
4237B LAKELAND DR
FLOWOOD  MS 39232-9212

EXCLUDE

ADVANCE FINANCIAL 247
100 OCEANSIDE DRIVE
NASHVILLE  TN 37204-2351

ADVANCE FINANCIAL ADMINISTRATION  LLC
CO WEINSTEIN  RILEY  PS
2001 WESTERN AVE  STE 400
SEATTLE  WA 98121-3132

(D)BANKPLUS
CO SIMPSON LAW FIRM PA
P O BOX 2058
MADISON MS 39130-2058

BETTER DAY LOANS
PO BOX 6882
SANTA ROSA  CA 95406-0882

BRICKHOUSE OPCO I LLC
4053 MAPLE ROAD
SUITE 122
AMHERST  NY 14226-1058

CB1 COLLECTIONS
1715 S RESERVE ST
STE C
MISSOULA  MT 59801-4708

(P)VELOCITY PORTFOLIO GROUP  INC
1800 RT 34 NORTH
BLDG 3 SUITE 305
WALL NJ 07719-9146

CSPIRE WIRELESS
PO BOX 159
MEADVILLE  MS 39653-0159

CASHNETUSA
175 W JACKSON BLVD
SUITE 1000
CHICAGO  IL 60604-2863

CENTRAL FINANCE
6333 US 49
SUITE 160
HATTIESBURG  MS 39401

CENTRAL FINANCIAL SERVICES  INC
PO BOX 539
WAYNESBORO  MS 39367-0539

CITY PAYDAY LOAN
716 SPRING ST
WAYNESBORO  MS 39367-2709

EXCLUDE

(D)(P)VELOCITY PORTFOLIO GROUP  INC
1800 RT 34 NORTH
BLDG 3 SUITE 305
WALL NJ 07719-9146

CONTINENTAL FINANCE
1ST BANK DELEWARE
PO BOX 11743
WILMINGTON  DE 19850-1743

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

EAGLE VALLEY
30 TONTO APACHE TRIBE
PAYSON  AZ 85541-5556

FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC
DBA 1ST HERITAGE CREDIT
FIRST HERITAGE CREDIT
903 ROBINSON ST
WAYNESBORO  MS 39367-2455

FIRST LOAN
126 VETERANS MEMORIAL
KOSCIUSKO  MS 39090-3849

(P)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

FORTIVA
PO BOX 105555
ATLANTA  GA 30348-5555

GREENLINE
PO BOX 507
HAYS MT 59527-0507

INDIGO
PO BOX 205458
DALLAS TX 75320-5458

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

EXCLUDE

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JOHN S SIMPSON
SIMPSON LAW FIRM PA
FOR BANKPLUS
PO BOX 2058
MADISON MS 39130-2058

EXCLUDE

(D)(P)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

MARINER FINANCE LLC
8211 TOWN CENTER DR
NOTTINGHAM MD 21236-5904

(P)MAXLEND
ATTN DAMON K WILLIAMS
PO BOX 428
PARSHALL ND 58770-0428

EXCLUDE

MERRICK BANKCARDWORKS
PO BOX 9201
OLD BETHPAGE NY 11804-9001

MIDNIGHT VELVET
1112 7TH AVE
MONROE WI 53566-1364

(D)MIDNIGHT VELVET
1112 7TH AVENUE
MONROE WI 53566-1364

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

QUANTUM3 GROUP LLC AS AGENT FOR
CKS PRIME INVESTMENTS LLC
PO BOX 788
KIRKLAND WA 98083-0788

REFLEX
PO BOX 31292
TAMPA FL 33631-3292

REGIONAL ACCEPTANCE CO
1424 E FIRE TOWER ROAD
GREENVILLE NC 27858-4105

REGIONAL ACCEPTANCE CORPORATION
BANKRUPTCY SECTION100500151
PO BOX 1847
WILSON NC 27894-1847

(P)SIMPLE FAST LOANS INC
ATTN ATTN LEGAL DEPARTMENT
8601 DUNWOODY PLACE SUITE 406
ATLANTA GA 30350-2550

SIMPSON LAW FIRM
PO BOX 2058
MADISON MS 39130-2058

SPEEDY CASH
3611 N RIDGE RD
WICHITA KS 67205-1214

SPEEDYRAPID CASH
PO BOX 780408
WICHITA KS 67278-0408

SUMMIT FINANCIAL
1592 HWY 15 N STE B
LAUREL MS 39440-2122

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON MS 39201-5022

(P)WEST SIDE LENDING LLC
PO BOX 687
KESHENA WI 54135-0687

WORLD ACCEPTANCE CORP
PO BOX 6429
GREENVILLE SC 29606-6429

DEBTOR

EXCLUDE

WORLD FINANCE
WORLD ACCEPTANCE CORPORATION
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE   SC 29606-6429

CHERYL LYNN NORSWORTHY
714 MITCHELL ST
WAYNESBORO   MS 39367-3022

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

EXCLUDE

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG   MS 39401-3836

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON   MS 39236-3767