United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                      Case No. 21-50894-KMS

Cheryl Lynn Norsworthy                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                  Page 1 of 4

Date Rcvd: May 19, 2026                       Form ID: 3180W                                 Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl Lynn Norsworthy, 714 Mitchell St, Waynesboro, MS 39367-3022 |
| 5025224 | | 500 Fast Cash, 515 GSE, Miami, OK 74354 |
| 5047237 | + | Brickhouse OpCo I LLC, 4053 Maple Road, Suite 122, Amherst, NY 14226-1058 |
| 5025237 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 5025232 | | Central Finance, 6333 US 49, Suite 160, Hattiesburg, MS 39401 |
| 5025231 | + | Central Financial Services, Inc, P.O. Box 539, Waynesboro, MS 39367-0539 |
| 5025233 | #+ | City Payday Loan, 716 Spring St, Waynesboro, MS 39367-2709 |
| 5025236 | + | Continental Finance, 1st Bank Deleware, P.O. Box 11743, Wilmington, DE 19850-1743 |
| 5025239 | + | First Loan, 126 Veterans memorial, Kosciusko, MS 39090-3849 |
| 5025258 | + | Summit Financial, 1592 Hwy 15 N Ste B, Laurel, MS 39440-2122 |
| 5025260 | + | West Side Lending, P.O. Box 687, Keshena, WI 54135-0687 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5025225 | + | Email/Text: bnc@teampurpose.com | May 19 2026 19:56:00 | Advance America, 4237-B Lakeland Dr, Flowood, MS 39232-9212 |
| 5025226 | + | Email/Text: bankruptcy@af247.com | May 19 2026 19:57:00 | Advance Financial 24/7, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5049456 | + | Email/Text: bncmail@w-legal.com | May 19 2026 19:56:00 | Advance Financial Administration, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 5025227 | | Email/Text: rboone@simpsonlawfirm.net | May 19 2026 19:56:00 | BankPlus, c/o Simpson Law Firm PA, P O Box 2058, Madison MS 39130-2058 |
| 5025228 | ^ | MEBN | May 19 2026 19:51:33 | Better Day Loans, PO Box 6882, Santa Rosa, CA 95406-0882 |
| 5025230 | + | Email/Text: accounting@cb1collections.com | May 19 2026 19:56:00 | CB1 Collections, 1715 S Reserve St, Ste C, Missoula, MT 59801-4708 |
| 5025229 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 19 2026 19:56:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5025245 | | EDI: IRS.COM | May 19 2026 23:50:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5025238 | ^ | MEBN | May 19 2026 19:51:29 | Eagle Valley, 30 Tonto Apache Tribe, Payson, AZ 85541-5556 |
| 5025240 | | Email/Text: BNSFN@capitalsvcs.com | May 19 2026 19:56:00 | First National Bank, 500 E 60th St N, Sioux Falls, |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 19, 2026 | Form ID: 3180W | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| | | | SD 57104 |
| 5025247 | | Email/Text: BNSFN@capitalsvcs.com | |
| | | May 19 2026 19:56:00 | Legacy, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5025368 | + | Email/Text: bankruptcy@curo.com | |
| | | May 19 2026 19:57:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, First Heritage Credit, 903 Robinson St, Waynesboro, MS 39367-2455 |
| 5025241 | + | EDI: AMINFOFP.COM | |
| | | May 19 2026 23:50:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5025242 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | May 19 2026 19:56:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 5025243 | + | Email/Text: accountservices@greenlineloans.com | |
| | | May 19 2026 19:56:00 | Greenline, PO Box 507, Hays, MT 59527-0507 |
| 5025244 | + | EDI: PHINGENESIS | |
| | | May 19 2026 23:50:00 | Indigo, P.O. Box 205458, Dallas, TX 75320-5458 |
| 5025246 | + | Email/Text: ebone.woods@usdoj.gov | |
| | | May 19 2026 19:56:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5300992 | | EDI: JEFFERSONCAP.COM | |
| | | May 19 2026 23:50:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5048765 | ^ | MEBN | |
| | | May 19 2026 19:51:09 | John S. Simpson, Simpson Law Firm, P.A., For BankPlus, P.O. Box 2058, Madison, MS 39130-2058 |
| 5025249 | | Email/Text: maxlendbankruptcies@mcilend.com | |
| | | May 19 2026 19:56:00 | Maxlend, P.O. Box 639, Parshall, ND 58770 |
| 5028826 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | May 19 2026 19:59:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5025248 | + | Email/Text: bankruptcy@marinerfinance.com | |
| | | May 19 2026 19:56:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5025250 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | May 19 2026 19:59:37 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5025251 | | EDI: CBS7AVE | |
| | | May 19 2026 23:50:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5049322 | | EDI: PRA.COM | |
| | | May 19 2026 23:50:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5048535 | + | EDI: JEFFERSONCAP.COM | |
| | | May 19 2026 23:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5044426 | | EDI: Q3G.COM | |
| | | May 19 2026 23:50:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5025253 | ^ | MEBN | |
| | | May 19 2026 19:51:33 | Reflex, P.O. Box 31292, Tampa, FL 33631-3292 |
| 5025254 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | |
| | | May 19 2026 19:59:43 | Regional Acceptance Co, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 5026822 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | |
| | | May 19 2026 19:59:43 | Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 5025255 | | Email/Text: bankruptcy_department@clacorp.com | |
| | | May 19 2026 19:56:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5025256 | | Email/Text: rboone@simpsonlawfirm.net | |
| | | May 19 2026 19:56:00 | Simpson Law Firm, P.O. Box 2058, Madison, MS 39130-2058 |
| 5025257 | + | Email/Text: bkinfo@ccfi.com | |
| | | May 19 2026 19:56:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5025666 | + | Email/Text: bkinfo@ccfi.com | |
| | | May 19 2026 19:56:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 5025259 | ^ | MEBN | |
| | | May 19 2026 19:51:19 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 19, 2026 | Form ID: 3180W | Total Noticed: 50 |

20530-0001

| 5025234 | EDI: G2RSVELOCITY | May 19 2026 23:50:00 | CKS Financial, 1800 Route 34 N, Wall, NJ 07719 |
| 5025234 | Email/Text: bnc_4301@velocityrecoveries.com | May 19 2026 19:56:00 | CKS Financial, 1800 Route 34 N, Wall, NJ 07719 |
| 5025235 | EDI: G2RSVELOCITY | May 19 2026 23:50:00 | Cks Prime In, 1800 Route 34 N, Wall, NJ 07719 |
| 5025235 | Email/Text: bnc_4301@velocityrecoveries.com | May 19 2026 19:56:00 | Cks Prime In, 1800 Route 34 N, Wall, NJ 07719 |
| 5025261 | Email/Text: bk@worldacceptance.com | May 19 2026 19:56:00 | World Acceptance Corp, P.O. Box 6429, Greenville, SC 29606-6429 |
| 5027329 | + Email/Text: bk@worldacceptance.com | May 19 2026 19:56:00 | World Finance, World Acceptance Corporation, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BankPlus, c/o Simpson Law Firm PA, P O Box 2058, Madison, MS 39130-2058 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5025252 | *+ | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Cheryl Lynn Norsworthy jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John S. Simpson | on behalf of Creditor BankPlus jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Cheryl Lynn Norsworthy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6                          User: mssbad                                    Page 4 of 4
Date Rcvd: May 19, 2026                       Form ID: 3180W                                  Total Noticed: 50

United States Trustee

      USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cheryl Lynn Norsworthy** | Social Security number or ITIN  **xxx−xx−4048** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **21−50894−KMS**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Cheryl Lynn Norsworthy**

Dated: 5/19/26

**By the court:**      /s/Katharine M. Samson
                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                              **Chapter 13 Discharge**                              page 2